FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re: Jimmie Lee Hobson / Dolores Manuel, Debtor(s)

Case No. 14-12414
Chapter 13

**AMENDED**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) Jimmie Lee Hobson | S.S.# xxx-xx-1208 |
| | (W) Dolores Manuel | S.S.# xxx-xx-5567 |
| ADDRESS: | 639 Russell Rd | |
| | Jackson, TN 38301 | |

PLAN PAYMENT: Debtor(s) to pay $ 1,376.00 (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION: OR ( x ) DIRECT PAY
BECAUSE:
FIRST PAYMENT DATE:
PLACE OF EMPLOYMENT: Spouse's Employer: Catherine's
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

| | | | | | MONTHLY PLAN PMT. |
|---|---|---|---|---|---|
| HOME MORTGAGE: CALIBER HOME LOANS, INC | If no arrearage, ongoing payments are to be paid directly by the debtor(s). | | | | |
| | Ongoing pmt. Begin | January 2015 | | | $ 877.30 |
| | Approx. arrearage | 20,200.00 | Interest | 0.00 % | $ 349.00 |
| LONG TERM DEBT: | | | | | |
| Wells Fargo Home Mortgage | Ongoing pmt. Begin | | | | $ SURRENDER |
| | Approx. arrearage | 0.00 | Interest | 0.00 % | $ 0.00 |
| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | | VALUE COLLATERAL | RATE OF INTEREST | | MONTHLY PLAN PMT. |
| Jackson Credit | | $ 1,347.00 | 8.00 % | | $ 39.00 |
| Jackson Title Loans | | $ 1,000.00 | 8.00 % | | $ 22.00 |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

American Cash Advance;American InfoSource LP as a agent for;American InfoSource LP as a agent for;AR Resources, Inc.;B&H Investments;Bank of Crockett;Capital Management Services;Capital One;Capital One;Capital One;Cash Express;Cash in a Flash;Cash Master;Cash Master;East Bay Funding, LLC;East Bay Funding, LLC;ECast Settlement Corporation;Express Check Advance;Family Check Advance;Fast Money;First Premier;First State Bank;FNCC;Fox Collection Center;Fox Collection Center;Heilig Meyers Master Trust;HH Bank;Jackson Cash Advance;Jackson Madison County General Hospital;Jefferson Capital Systems;Jefferson Capital Systems, LLC;JMCGH;JMCGH;Kay Jewelers;Leading Edge Recovery Solutions;LVNV Funding;LVNV Funding;LVNV Funding;Macy's/DSNB;Medical Specialty Clinic;Midland Credit Management;Midland Funding;MidSouth Credit Bureau;Money 4U.net;Money Now;MSCB;PASI;Quantum 3 Group LLC as agent for Galaxy;Quantum 3 Group LLC as agent for Galaxy;Quicash Cash Advance;Resurgent Capital Services;Semmes Murphey;Speigel/FCNB;The Jackson Clinic;The Jackson Clinic c/o UCS;

*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $44,769.00

TERMINATION: Plan shall terminate upon payment of the above, approximately 60 months.

OTHER PROVISIONS:
Chapter 13 Trustee is authorized to make the following monthly payments for adequate protection: Jackson Credit $10.00; Jackson Title Loan $10.00

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:
Robert B. Vandiver, Jr.
Robert B.Vandiver, Jr.
P.O.Box 906
227 W. Baltimore
Jackson, TN 38302-0906
731-554-1313